AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br>IAN W. MCMAHON<br><br>Defendant(s) | Case No.<br>18- 36<br><br>**REDACTED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/28/2018__ in the county of __New Castle__ in the _____ District of __Delaware__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography of Minor Under 12 |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference.

FILED
MAR 01 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Yvette A. Thomas, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/01/2018

_____
Judge's signature

City and state: Wilmington, Delaware

Hon. Christopher J. Burke, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Yvette A. Thomas, being duly sworn, assert that the following information is true to the best of my knowledge, information, and belief:

**INTRODUCTION AND BACKGROUND OF AFFIANT**

1. I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) since 2009, and am currently assigned to the Resident Agent in Charge (RAC) Wilmington, Delaware office. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center (FLETC) and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I am a federal law enforcement officer authorized by the Secretary of Homeland Security to request the issuance of search warrants. I have been assigned to the RAC Wilmington, Delaware, office for approximately seven years. I was previously employed as a United States Postal Inspector with the United States Postal Inspection Service (USPIS) for seven (7) years, where my responsibilities included conducting investigations into various types of federal crimes, including crimes involving child pornography. I have received training from HSI and USPIS, regarding child pornography, the sexual abuse of children, the behavior of preferential child molesters and how to conduct investigations of child sexual exploitation and obscenity crimes. In the course of my investigative duties, I have also had contact, in the form of interviews and meetings, with preferential child pornographers and those involved in the distribution, sale,

production and possession of child pornography. And I have assisted in the execution of numerous search warrants relating to investigations of child pornography crimes. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A, and I am authorized by law to request a search warrant.

2. As a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

3. This Affidavit is submitted in support of a criminal complaint charging IAN WAYNE MCMAHON, age   , of Newark, Delaware, with violating Title 18, United States Code, § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography of Minor Under 12).

4. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents. I have not set forth every fact relating to this investigation; rather, I have included only that information necessary to establish probable cause to charge IAN WAYNE MCMAHON with violating Title 18, United States Code, § 2252A(a)(5)(B) and (b)(2).

**THE SPECIFIED FEDERAL OFFENSE**

5. Title 18, United States Code, Section 2252A, entitled "Certain activities relating to material constituting or containing child pornography," provides, in pertinent part:

(a) Any person who –

(5)(B) knowingly possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, shall be punished as provided in subsection (b).

(b)(2) Whoever violates, or attempts or conspires to violate, subsection (a)(5) shall be fined under this title and imprisoned not more than 10 years, or both, but, if any

image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, such person shall be fined under this title and imprisoned for not more than 20 years . . . .

6. Title 18, United States Code, Section 2256 defines the term "minor" as any person under the age of eighteen years.

7. Title 18, United States Code, Section 2256(8) defines "Child Pornography" as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct."

8. Title 18, United States Code, Section 2256(2) defines "sexually explicit conduct" as actual or simulated:

    (i) Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

    (ii) Bestiality;

    (iii) Masturbation;

    (iv) Sadistic or masochistic abuse; or

    (v) Lascivious exhibition of the genitals or pubic area of any person.

9. Title 18, United States Code, Section 2256(5) defines "visual depiction" as including undeveloped film and videotape, and data stored on computer disk or by electronic means that is capable of conversion into a visual image.

## DETAILS OF INVESTIGATION

5. On February 23, 2018, Magistrate Judge Sherry R. Fallon of the District of Delaware authorized the search of MCMAHON'S person and his residence of record (the MCMAHON RESIDENCE at , Newark, Delaware 19711) for evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of Title 18, United States Code, Section 2252A (Case No. 18-29-M).

6. On February 28, 2018, law enforcement executed that search warrant when MCMAHON arrived at the MCMAHON RESIDENCE. Your affiant met MCMAHON at his vehicle and asked if he was willing to talk. MCMAHON agreed. During our conversation, MCMAHON said he had a phone on his person (MCMAHON'S PHONE). Your affiant seized MCMAHON'S PHONE pursuant to the federal search warrant.

7. On February 28, 2018, law enforcement agents conducted a forensic preview on MCMAHON'S PHONE. Multiple images of child pornography, including several files containing images of prepubescent children engaged in sexually explicit conduct, including oral sex and the lascivious exhibition of their genitals.

\* \* \* \* \*

## CONCLUSION

8. Bases on the foregoing information, there is probable cause to believe that the defendant IAN WAYNE MCMAHON violated the SPECIFIED FEDERAL OFFENCE indicated above. Therefore, I respectfully request that the Court issue a Criminal Complaint charging the defendant with

Respectfully submitted,

*Yvette A. Thomas*
Yvette A. Thomas
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me
this 1st day of March, 2018.

*Christopher J. Burke*
HONORABLE CHRISTOPHER J. BURKE
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF DELAWARE

5