IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 18-36M |
| IAN MCMAHON, | : |
| Defendant. | : |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE
OF DETENTION AND PRELIMINARY HEARINGS**

Defendant, Ian McMahon, by and through his undersigned counsel, Eleni Kousoulis, respectfully moves the Court for an Order continuing the Detention and Preliminary Hearings in this case. In support of this motion, Defendant submits as follows:

1. On March 1, 2018, Ian McMahon was charged by criminal complaint with possession of child pornography, in violation of 2252A(a)(5)(B) and (b)(2). Mr. McMahon made his initial appearance before U.S. Magistrate Judge Christopher J. Burke on March 1, 2018. At the time of the initial appearance, the Court scheduled the detention and preliminary hearings for March 9, 2018.

2. On March 9, 2018, at Defendant's request, the Court issued an Order continuing the detention and preliminary hearings to March 21, 2018, at 1:00 p.m.[1]

3. Defense counsel requires additional time to prepare for the detention hearing. At the detention hearing, the defense will be requesting that Mr. McMahon be released on pre-trial release. Defense counsel has been working diligently on finding a suitable residence to which Mr. McMahon can be released. On March 19, 2018, Defense counsel was made aware of a possible residence that

---

[1] Mr. McMahon intends to waive his preliminary hearing; however, he intends to go forward with his detention hearing.

Counsel believes will be the most suitable place for Mr. McMahon's pretrial release. In order to provide U.S. Probation with sufficient time to investigate the proposed residence and the defense's proposed Third Party Custodian, a continuance of the detention hearing is needed. It is submitted that good cause supports the continuance request outlined herein.

4. Assistant United States Attorney, Graham Robinson, has informed Defense counsel that the government does not oppose the instant motion.

5. The Court's chambers has advised Defense counsel that the Court has available April 5, 2018, at 1:00 p.m., at which time to have the detention hearing in this case. All parties are available on that date and at that time.

6. In light of the foregoing, it is respectfully requested that the detention and preliminary hearings be continued to April 5, 2018, at 1:00 p.m.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, it is respectfully requested that the Detention and Preliminary Hearings in this case be continued to April 5, 2018, at 1:00 p.m.

        Respectfully submitted,

        EDSON A. BOSTIC
        Federal Public Defender

Dated: March 20, 2018      By: /s/ Eleni Kousoulis
        ELENI KOUSOULIS, ESQUIRE
        Assistant Federal Public Defender
        District of Delaware
        800 King Street, Suite 200
        Wilmington, DE 19801
        302-573-6010
        de_ecf@fd.org

        Attorney for Ian McMahon